# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-cv-00431-MWJS-KJM |
| CASE NAME: | William Hart v. Safeway Inc., et al. |
| ATTYS FOR PLA: | Stuart M. Kodish |
| ATTYS FOR DEFT: | Normand R. Lezy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Chamber - No Record  C6 - FTR |
| DATE: | 10/22/2024 | TIME: | 10:00 am - 12:10 pm |

COURT ACTION: EP:   SETTLEMENT CONFERENCE HELD & CONDITIONAL SETTLEMENT PLACED ON THE RECORD.

Plaintiff William Hart present.

Sedgwick Adjuster Scott Reid present by phone.

The court met with the parties. A conditional settlement has been reached.

CONDITIONAL SETTLEMENT PLACED ON THE RECORD (12:00 - 12:10)

Essential terms stated on the record by Mr. Lezy. Plaintiff agrees to the terms.

Court finds that the parties have entered into a valid and enforceable conditional settlement agreement.

Mr. Lezy to contact the Court to address the remaining issue.

Trial date and deadlines will remain on the calendar until the settlement has been finalized.

Submitted by: Tammy Kimura, Courtroom Manager