COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
   E-Mail: sbenton@cwlfirm.com
MELISSA T. MARUSHIGE 9889
   E-Mail: mmarushige@cwlfirm.com
GREGORY Y. P. TOM 6090
   E-Mail: gtom@cwlfirm.com
700 Bishop Street, Suite 2008
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
SAFEWAY INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WILLIAM HART,<br><br>            Plaintiff,<br><br>  vs.<br><br>SAFEWAY INC., a foreign profit corporation; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIP 1-10; and DOE ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO. 23-00431 MWJS-KJM<br>(Other Non-Vehicle Tort)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br>Trial: February 19, 2025<br>Trial Judge: Hon. Micah W.J. Smith |

## STIPULATION FOR DISMISSAL
## <u>WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES</u>

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint against Defendant SAFEWAY INC., and all other claims and all other parties are hereby dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

All parties who have appeared have executed this Stipulation. There are no remaining claims, parties, or issues.

Trial in this matter is scheduled for February 19, 2025.

DATED: Honolulu, Hawaii, January 3, 2025.

<u>/s/ Stuart M. Kodish</u>
JAMES T. LEAVITT, JR.
STUART M. KODISH
Attorneys for Plaintiff
WILLIAM HART

<u>/s/ Normand R. Lezy</u>
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L. M. BENTON
MELISSA T. MARUSHIGE
GREGORY Y. P. TOM
Attorneys for Defendant
SAFEWAY INC.

APPROVED AS TO FORM:



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

_____
*William Hart v. Safeway Inc.,* et al.; Civil No. 23-00431 MWJS-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

3